UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CLINTON WILLIAMS § | |
| § | CIVIL ACTION NO. 4:25-cv-00194-ALM |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| PMP INVESTORS, LTD. § | |
| § | |
| Defendant § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CLINTON WILLIAMS Plaintiff and PMP INVESTORS, LTD., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:     April 21, 2025          FOR CLINTON WILLIAMS, Plaintiff

BY:    */S/   R. Bruce Tharpe*_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: April 21, 2025          FOR PMP INVESTORS, LTD., Defendant

BY: __/S/   Caylin C. Craig_____
Mary L. O'Connor
Texas State Bar No. 15186900
*mary.oconnor@fghwlaw.com*
Caylin C. Craig
Texas State Bar No. 24121552
*caylin.craig@fghwlaw.com*
FARROW-GILLESPIE HEATH WILMOTH LLP
1900 N. Pearl Street, Suite 2100
Dallas, Texas 75201
Phone: (214) 361-5600
Fax: (214) 203-0651

**COUNSEL FOR PMP INVESTORS, LTD.**